8904.  INTERSTATE CHEMICAL CORPORATION v. IVEY COMPANY.

BROYLES, P. J.   Under the evidence submitted there was no contested issue of fact, and a verdict for the plaintiff was demanded.  The court, therefore, did not err in directing a verdict for the plaintiff.

Judgment affirmed.   Jenkins and Bloodworth, JJ., concur.

DECIDED AUGUST 3, 1917.

Complaint; from city court of Macon—Judge Mathews presiding.   March 27, 1917.

Minter Wimberly, Jesse Harris, for plaintiff in error.

Ellis & Glawson, contra.